# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 19-29244M |
| | Citizenship: MEXICO |
| Juan Carlos Rojas-Manzanarez | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
COUNT 1: On or about May 28, 2019, at or near Nogales, Arizona, in the District of Arizona, Juan Carlos ROJAS-Manzanarez, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Az on 06/07/2014, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: On or about May 28, 2019, at or near Nogales, Arizona, in the District of Arizona, Juan Carlos ROJAS-Manzanarez, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

Juan Carlos ROJAS-Manzanarez is a citizen of Mexico. On 06/07/2014, Juan Carlos ROJAS-Manzanarez was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, Az. On May 28, 2019, agents found Juan Carlos ROJAS-Manzanarez in the United States at or near Nogales, Arizona. Juan Carlos ROJAS-Manzanarez did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. On or about May 28, 2019, agents found Juan Carlos ROJAS-Manzanarez in the United States of America at or near Nogales, Arizona without the proper immigration documents. Furthermore, Juan Carlos ROJAS-Manzanarez admitted to illegally entering the United States of America from Mexico on or about May 28, 2019, at or near Nogales, Arizona at a time and place other than designated by immigration officials.

File Date: 05/30/2019

at Tucson, Arizona

*[signature]*

Pedro Leon, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 05/30/2019

*[signature]*

**Lynnette C. Kimmins**
**Magistrate Judge**

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - TUCSON** | **JUDGE'S MINUTES** |

Date: 05/30/2019         Case Number: 19-29244M

USA vs. Juan Carlos Rojas-Manzanarez
Magistrate Judge: LYNNETTE C. KIMMINS     Judge AO Code: 70CE
ASSIGNED U.S. Attorney: Dean Lynch
INTERPRETER REQ'D: Clark Feaster, Spanish
Attorney for Defendant: Margarita Bernal (CJA)

PROCEEDINGS: [X] STATUS HEARING/ATTORNEY APPOINTMENT HEARING
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be Same
[X] Petty Offense     [X] Date of Arrest: 05/28/2019

OTHER: Status/Attorney Appointment Hearing held. Margarita Bernal (CJA) is appointed as attorney of record for defendant. Upon Oral Motion of the Government to Dismiss the Complaint, IT IS ORDERED, Governments Motion to Dismiss is GRANTED and the Complaint is DISMISSED Without Prejudice.

Recorded by Courtsmart     Status Hrg: 1
BY: Cindy Stewart          Atty Appt: 0
    Deputy Clerk
Start: 1:29 pm Stop: 3:29 pm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Juan Carlos Rojas-Manzanarez,<br><br>　　　　Defendant. | )　19-29244M<br>)<br>)　**ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　The United States has orally moved to dismiss the Complaint against the defendant, Juan Carlos Rojas-Manzanarez. IT IS ORDERED that this motion is GRANTED and the Complaint is DISMISSED Without Prejudice.

　　DATED: Thursday, May 30, 2019.

*[signature: Lynnette C. Kimmins]*

　　　　　　　　　　Lynnette C. Kimmins
　　　　　　　　　　　Magistrate Judge

Arresting Agency: TCA